Annie ELLENBERGER, Appellant, v. Earl WARREN, James R. Agee, A. F. Bray, Raymond Peters and Edmund G. Brown, Appellees.

No. 13237.

United States Court of Appeals Ninth Circuit.

Nov. 3, 1952.

Rehearing Denied Dec. 5, 1952.

Mrs. Annie Ellenberger, in pro. per.

Edmund G. Brown, Atty. Gen. St. of Cal., William M. Bennett, Deputy Atty. Gen., for appellees Earl Warren et al.

J. F. Coakley, Dist. Atty. for Alameda County, R. Robert Hunter, Asst. and Richard H. Klippert, Deputy, Oakland, Cal., for appellee James R. Agee.

Before DENMAN, Chief Judge, and BONE and POPE, Circuit Judges.

PER CURIAM.

The district court properly sustained the appellees' motion to dismiss. The judgment is affirmed.

UNITED STATES of America ex rel. Leonard HABERMANN, Relator-Appellant, v. Walter B. MARTIN, as Warden of Attica State Prison, Respondent-Appellee.

No. 112, Docket 22505.

United States Court of Appeals Second Circuit.

Argued Nov. 10, 1952.

Decided Nov. 10, 1952.

Writ of Certiorari Denied Jan. 19, 1953.

See 73 S.Ct. 389.

Leonard Habermann, pro se.

Nathaniel L. Goldstein, Atty. Gen. of New York (Vincent A. Marsicano, Asst. Atty. Gen. of New York, of counsel), for appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Appeal dismissed in open court on motion made by counsel for appellee to dismiss the appeal.